# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2779
L.T. Case No. 2022-CA-000405-A

_____

NANCY GOLLY,

    Appellant,

    v.

ACCELERATED INVENTORY
MANAGEMENT, LLC,

    Appellee.

_____

On appeal from the Circuit Court for Lake County,
Heidi Davis, Judge.

Nancy Golly, Lady Lake, pro se.

No Appearance for Appellee.

May 28, 2024

PER CURIAM.

    AFFIRMED.

HARRIS, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____